NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ANDERSEN, ROSCHA & ODNE, LLP
One Corporate Centre
1320 Willow Pass Road, Suite 500
Concord, California  94520
Telephone: (925) 602-1400
Facsimile: (925) 825-0143
Email:  nroscha@aro-law.com
            codne@aro-law.com

Attorneys for Defendants
ISABEL LAURA BUZKO AND CRISTOBAL ZEPEDA,
INDIVIDUALLY AND A/K/A VITO'S RISTORANTE & PIZZERIA
AND D/B/A VITO'S PIZZERIA AND ITALIAN RESTAURANT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | CASE NO.: 3:11-cv-02126-CRB |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |
| v. | |
| ISABEL LAURA BUZKO AND CRISTOBAL ZEPEDA, INDIVIDUALLY AND A/K/A VITO'S RISTORANTE & PIZZERIA AND D/B/A VITO'S PIZZERIA AND ITALIAN RESTAURANT | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N. Odne, Esq. of Andersen, Roscha, & Odne, LLP, counsel for defendants ISABEL LAURA BUZKO AND CRISTOBAL ZEPEDA, INDIVIDUALLY AND A/K/A VITO'S RISTORANTE & PIZZERIA AND D/B/A VITO'S PIZZERIA AND ITALIAN RESTAURANT and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for the defendants to file an Answer to plaintiff's Complaint is hereby extended and shall be filed no later than September 9, 2011.

   IT IS SO STIPULATED.

**1**

_____
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

Respectfully Submitted,

DATED: JULY 27, 2011      ANDERSEN, ROSCHA, & ODNE LLP

X/s/ Christopher N. Odne_____

NICHOLAS ROSCHA, ESQ.
CHRISTOPHER N. ODNE, ESQ.
Counsel for Defendants ISABEL LAURA BUZKO AND CRISTOBAL ZEPEDA, INDIVIDUALLY AND A/K/A VITO'S RISTORANTE & PIZZERIA AND D/B/A VITO'S PIZZERIA AND ITALIAN RESTAURANT

DATED: JULY 27, 2011      LAW OFFICES OF THOMAS P. RILEY, P.C.

X__/s/ Thomas P. Riley_____

THOMAS P. RILEY, ESQ.
Counsel for Plaintiff J&J SPORTS PRODUCTION, INC.

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**IT IS SO ORDERED**

Judge Charles R. Breyer

**2**

_____

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**