Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@aro-law.com
codne@aro-law.com
**Attorneys for Defendants**
**Isabel Laura Buzko and Cristobal Zepeda**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  3:11-CV-02126-CRB** |
| **Plaintiff,** | |
| v. | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **ISABEL LAURA BUZKO, et al.,** | |
| **Defendants.** | **FOR:  HON. CHARLES R. BREYER** |

**TO THE HONORABLE CHARLES R. BREYER:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Isabel

Laura Buzko and Cristobal Zepeda, individually and d/b/a Vito's Ristorante & Pizzeria a/k/a Vito's

Pizzeria and Italian Restaurant hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference presently set for September 30, 2011 at 8:30 AM.

Defendants Isabel Laura Buzko and Cristobal Zepeda have filed a Stipulation to Further Extend Time to Answer the Plaintiff's Complaint on September 16, 2011 (Please see Docket Entry 16). As a result the Plaintiff is not aware of the Defendants' position concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for September 30, 2011 at 8:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: September 22, 2011      */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: September 22, 2011
**ROSCHA & ODNE LLP**
By: Christopher N. Odne
Attorneys for Defendants
Isabel Laura Buzko and
Cristobal Zepeda

///
///
///
///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>** (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-02126-CRB styled *J & J Sports Productions, Inc. v. Isabel Laura Buzko, et al.*, is hereby continued from 8:30 AM, September 30, 2011 to _____November 4, 2011 at 8:30 a.m._____.

**IT IS SO ORDERED**:

Dated:_ Sepember 26, 2011 _____

_____
**The Honorable Charles R. Br___**
**United States D___**
**Northern Distr___**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Page 3