Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
1320 Willow Pass Road, Ste. 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@aro-law.com
codne@aro-law.com
**Attorneys for Defendants**
**Isabel Laura Buzko and Cristobal Zepeda**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ISABEL LAURA BUZKO, et al.,**<br><br>**Defendants.** | **CASE NO.  3:11-CV-02126-CRB**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**<br><br>**FOR:   HON. CHARLES R. BREYER** |

**TO THE HONORABLE CHARLES R. BREYER:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Isabel Laura Buzko and Cristobal Zepeda, individually and d/b/a Vito's Ristorante & Pizzeria a/k/a Vito's

Pizzeria and Italian Restaurant hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference presently set for November 4, 2011 at 8:30 AM.

Defendants Isabel Laura Buzko and Cristobal Zepeda have filed a Stipulation to Further Extend Time to Answer the Plaintiff's Complaint until November 14, 2011 (please see Docket Entry 19.  As a result the Plaintiff is not aware of the Defendants' position concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for November 4, 2011 at 8:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: November 1, 2011                    */s/ Thomas P. Riley*
                                           **LAW OFFICES OF THOMAS P. RILEY**
                                           By: Thomas P. Riley
                                           Attorneys for Plaintiff
                                           J & J Sports Productions, Inc.

Dated: October 31, 2011                    */s/ Nicholas Roscha*
                                           **ROSCHA & ODNE LLP**
                                           By: Nicholas Roscha
                                           Attorneys for Defendants
                                           Isabel Laura Buzko and
                                           Cristobal Zepeda

///
///
///
///

**ORDER (Proposed)**

1    It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-

2  02126-CRB styled *J & J Sports Productions, Inc. v. Isabel Laura Buzko, et al.*, is hereby continued from

3  8:30 AM, November 4, 2011 to __January 6, 2012 at 8:30 a.m._____.

4

5

6

7  **IT IS SO ORDERED**:

8

9

10  _____                    Dated:___November 3, 2011_____

11  **The Honorable Charles R. Breyer**
   **United States District Court**

12  **Northern District**

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28
                    **PROOF OF SERVICE (SERVICE BY E-MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October ___, 2011, I served:

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed**)

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Mr. Nicholas Roscha, Esquire                        Attorneys for Defendants
**ROSCHA, & ODNE LLP**                             Isabel Laura Buzko
1320 Willow Pass Road, Ste. 500                     and Cristobal Zepeda
Concord, CA 94520
e-mail: nroscha@aro-law.com
          codne@aro-law.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October ___, 2011, at South Pasadena, California.

Dated: October ___, 2011                         */s/ Maria Baird* _____
                                                  **MARIA BAIRD**