Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha, SBN 181501
Christopher N. Odne, SBN 241175
**ROSCHA & ODNE LLP**
2300 Clayton Road, Suite 500
Concord, CA 94520
 Tel: (925) 602-1400
Fax: (925) 825-0143
nroscha@ROLawGroup.com
codne@ROLawGroup.com
**Attorneys for Defendants**
**Isabel Laura Buzko and Cristobal Zepeda**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  3:11-CV-02126-CRB** |
| **Plaintiff,** | |
| v. | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **ISABEL LAURA BUZKO, et al.,** | |
| **Defendants.** | **FOR:   HON. CHARLES R. BREYER** |

**TO THE HONORABLE CHARLES R. BREYER:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Isabel

Laura Buzko and Cristobal Zepeda, individually and d/b/a Vito's Ristorante & Pizzeria a/k/a Vito's

Pizzeria and Italian Restaurant hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference presently set for January 6, 2012 at 8:30 AM.

Defendants Isabel Laura Buzko and Cristobal Zepeda will be filing a Stipulation to Further Extend Time to Answer the Plaintiff's Complaint until February 3, 2012. As a result the Plaintiff is not aware of the Defendants' position concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for January 6, 2012 at 8:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: January 3, 2012                    */s/ Thomas P. Riley*
                                          **LAW OFFICES OF THOMAS P. RILEY**
                                          By: Thomas P. Riley
                                          Attorneys for Plaintiff
                                          J & J Sports Productions, Inc.

Dated: January 3, 2012                    */s/ Nicholas Roscha*
                                          **ROSCHA & ODNE LLP**
                                          By: Nicholas Roscha
                                          Attorneys for Defendants
                                          Isabel Laura Buzko and
                                          Cristobal Zepeda

///
///
///
///
///

**ORDER** (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-02126-CRB styled *J & J Sports Productions, Inc. v. Isabel Laura Buzko, et al.*, is hereby continued from 8:30 AM, January 6, 2012 to _Friday, March 16, 2012 at 8:30 a.m._____.

**IT IS SO ORDERED**:

_____          Dated:___January 4, 2012_____

**The Honorable Charles R. Breyer**
**United States District**
**Northern District**

///
///
///
///
///
///
///
///
///
///
///
///
///
///