IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

ISABEL LAURA BUZKO ET AL.,

    Defendants.

No. C 11-02126 CRB

**ORDER GRANTING MOTION TO SET ASIDE THE DEFAULT**

Defendant Isabel Buzko (individually and d/b/a Vito's Pizzeria and Italian Restaurant a/k/a Vito's Ristorante & Pizzeria) moves to set aside default judgment entered by the clerk against her on March 20, 2012 (dkt. 40), on the grounds that she had no notice of the lawsuit prior to entry of judgment. See Mot. to Set Aside Default (dkt. 44). Plaintiff does not oppose Defendant Buzko's motion. See Statement of Non-Opposition (dkt. 48).

Good cause appearing therefor, the court SETS ASIDE the entry of default as to Defendant Buzko only – and not as to codefendant Cristobal Zepeda – and GRANTS Defendant Buzko an additional twenty days from the date of this Order to respond to the

//
//
//
//

Complaint. The hearing on Defendant Buzko's motion (dkt. 44) is VACATED.

**IT IS SO ORDERED.**

Dated: August 21, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE