IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-02126 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ISABEL LAURA BUZKO ET AL., | |
| Defendants. | |

Plaintiff has applied for default judgment as to Defendant Cristobal Zepeda. Dkt. 43. Though Plaintiff's Complaint (dkt. 1) requests costs and fees in connection with the suit, Plaintiff's motion includes no such request for, or documentation of, costs and fees.

To the extent Plaintiff intends to request costs and fees in connection with its motion, the Court ORDERS Plaintiff to submit its request and documentation no later than 5 p.m. on Monday, September 24, 2012.

**IT IS SO ORDERED.**

Dated: September 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2126\order re fees.wpd